**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| THE PALMETTO BANK, | Civil No. 09-0201 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| THE MARSHALL GROUP, INC. AND FEDERAL DEPOSIT INSURANCE CORPORATION, | |
| Defendants. | |

_____

      Henry Helgen, III and Amanda Cefalu, **ANDERSON HELGEN DAVIS & NISSEN, LLC**, 150 South Fifth Street, Suite 3100, Minneapolis, MN 55402**,** for plaintiff.

      Cheryl Stanton and Norman Baer, **ANTHONY OSTLUND BAER & LOUWAGIE PA**, 90 South Seventh Street, Suite 3600, Minneapolis, MN 55402, for Defendant The Marshall Group, Inc.

      Andrew Budish and Jennifer Eggers, **LEONARD, O'BRIEN, SPENCER, GALE & SAYER, LTD**., 100 South Fifth Street, Suite 2500, Minneapolis, MN 55402, for Defendant Federal Deposit Insurance Corporation.

      This matter is before the Court on the Stipulation of Dismissal without Prejudice filed by the parties on July 12, 2010 [Docket No. 43].

      **IT IS HEREBY ORDERED** that the above-captioned matter shall be dismissed without prejudice. Each party will bear its own costs and attorneys' fees.

Dated: July 13, 2010

at Minneapolis, Minnesota         s/ John R. Tunheim
                                   JOHN R. TUNHEIM
                                   United States District Judge